**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| LORI SCHWARTZ, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 1:11-CV-0147-AT |
| v. | : |
| | : |
| MYLAN, INC., | : |
| | : |
| Defendant. | : |

## **ORDER**

On July 12, 2011, this Court ordered Plaintiff to show cause why the claims against Defendant Mylan, Inc. should not be dismissed pursuant to Plaintiff's failure to comply with Fed. R. Civ. P. 4(m), LR 83.1(E)(4), and this Court's May 20, 2011, Order. (Doc. 6.)

On July 14, 2011, Plaintiff responded to the Court's show cause order stating that she no longer wished to pursue claims against Defendant due to health issues.[1] (Doc. 7.)

---

[1] Plaintiff's response was docketed on the Court's CM/ECF system on July 18, 2011.

AO 72A
(Rev.8/82)

Whereas Plaintiff failed to serve Defendant with the Complaint and consents to the dismissal of the claims asserted in the Complaint, Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to mail a copy of this Order to the plaintiff at the following address:

> Lori Schwartz
> 3565 Hidden Lake Drive
> Cumming, GA 30041

**SO ORDERED**, this 21st day of July, 2011.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**